IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2018 NOV -6 P 2:22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:18-mc-3841-ECM |
| KIRRO ALABAMA LLC, MONTGOMERY, AL, | ) |
| Garnishee, | ) |
| GWENDOLYN DAVIS SALERY, | ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:13CR000018-001 entered against the defendant, Gwendolyn Davis Salery; the last four digits of defendant's Social Security Number are XXX-XX-3909; whose last known address is 3800 Butler Court, Montgomery, Alabama 36110, in the above cited action in the amount of $42,000.00, plus costs. There is a balance due of $41,615.00, as of November 6, 2018.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from November 6, 2018, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

KIRRO ALABAMA LLC
700 HYUNDAI BLVD.
MONTGOMERY, AL 36105


DATED: November 6, 2018

                          LOUIS V. FRANKLIN, SR.
                          UNITED STATES ATTORNEY

BY:     /s/ Jerusha T. Adams
           JERUSHA T. ADAMS
           Assistant United States Attorney
           Bar No.: ASB 5895 S54S
           Post Office Box 197
           Montgomery, AL 36101-0197
           Telephone: (334) 223-7280
           Facsimile: (334) 223-7201
           E-Mail: Jerusha.Adams@usdoj.gov.
           **Attorney for Plaintiff**