IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:18-mc-3841-WKW |
| | ) |
| KIRRO ALABAMA LLC, | ) |
| MONTGOMERY, AL, | ) |
| | ) |
| Garnishee, | ) |
| | ) |
| GWENDOLYN DAVIS SALERY, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

Comes now the Plaintiff, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney James J. DuBois as counsel of record for the Plaintiff in this matter in place of former Assistant United States Attorney Jerusha Adams. Ms. Adams is no longer an Assistant United States Attorney.

                    LOUIS V. FRANKLIN, SR.
                    UNITED STATES ATTORNEY

By: /s/James J. DuBois
    JAMES J. DUBOIS
    Acting Chief, Civil Division
    GA Bar Number: 231445
    Attorney for Plaintiff
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Kirro Alabama LLC
700 Hyundai Blvd.
Montgomery, Al 36105

Gwendolyn Davis Salery
3800 Butler Court
Montgomery, Al 36110

                    /s/James J. DuBois
                    Assistant United States Attorney