IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18-MC-3841-WKW |
| ) | |
| GWENDOLYN DAVIS SALERY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| KIRRO ALABAMA, LLC, ) | |
| ) | |
| Garnishee. ) | |

## **ORDER**

Upon consideration of the United States's Motion to Dismiss Garnishment (Doc. # 14), it is ORDERED that the motion is GRANTED and that the Writ of Garnishment (Doc. # 2) is DISMISSED.

DONE this 2nd day of August, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE